IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN WALTON,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4987

Opinion filed January 20, 2016.

Petition for Writ of Certiorari – Original Jurisdiction.

Eric J. Friday, of Fletcher & Phillips, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied. Petitioner fails to show that the circuit court acting in its appellate capacity violated due process or that it applied the incorrect law in affirming petitioner's conviction. See Haines City Cmty. Dev. v. Heggs, 658 So. 2d 523, 530 (Fla.1995).

WETHERELL, MAKAR, and WINOKUR, JJ., CONCUR.